# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARK ROKITA, JR., AND ALL OTHERS SIMILARLY SITUATED, | : | No. 3 WAP 2023 |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Commonwealth Court entered |
| | : | November 4, 2022 at No. 340 MD |
| | : | 2020. |
| v. | : | |
| | : | |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of July, 2023, the order of the Commonwealth Court is

**AFFIRMED**.